# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

        Chapter 13

        Bankruptcy No. 14-18069-AMC

MATTHEW J SNOWDEN
JANICE L SNOWDEN
1002 WYOMING CIRCLE

LINCOLN UNIVERSITY, PA 19352

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

    MATTHEW J SNOWDEN
    JANICE L SNOWDEN
    1002 WYOMING CIRCLE

    LINCOLN UNIVERSITY, PA 19352

Counsel for debtor(s), by electronic notice only.

    MICHAEL H KALINER
    ADELSTEIN & KALINER, LLC
    350 S MAIN ST, SUITE 105
    DOYLESTOWN, PA 18901-

                                     /S/ William C. Miller

Date: 9/22/2017                                     _____

                                                  William C. Miller, Esquire
                                                  Chapter 13 Standing Trustee