IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
    Matthew J. Snowden  
    Janice L. Snowden  
    Debtor(s)

Chapter 13 Proceeding

Bankruptcy No. 14-18069 AMC

### NOTICE OF MOTION, RESPONSE DEADLINE AND HEARING DATE

    First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation has filed a motion for relief of from the automatic stay with the court to permit First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation to foreclose on 1002 Wyoming Circle, Lincoln University, PA 19352.

**Your rights may be affected**. **You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult an attorney.)**

1. If you do not want the court to grant the relief sought in the motion or if you want the court to consider your views on the motion, then on or before October 18, 2017you or your attorney must do all of the following:

    (a)  file an answer explaining your position at: United States Bankruptcy Clerk, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107

If you mail your answer to the bankruptcy clerk's office for filing, you must mail it early enough so that it will be received on or before the date stated above; and

    (b) mail a copy to the movant's attorney:        Mary F. Kennedy, Esquire  
                                                              Law Office of Gregory Javardian, LLC  
                                                              1310 Industrial Blvd.  
                                                               1st Floor, Suite 101  
                                                               Southampton, Pa  18966  
                                                                    (215) 942-9690  
                                                                    (215) 942-9695

2. If you or your attorney do not take the steps described in paragraphs 1(a) and 1(b) above and attend the hearing, the court may enter an order granting the relief requested in the motion.

3. A hearing on the motion is scheduled to be held before the Ashely M. Chan on October 31, 2017, at 11:00 am in Courtroom 5, United States Bankruptcy Court, 900 Market Street, Philadelphia, PA 19107.

4. If a copy of the motion is not enclosed, a copy of the motion will be provided to you if you request a copy from the attorney named in paragraph 1(b).

5.You may contact the Bankruptcy Clerk's office at 215-408-2800 to find out whether the hearing has been canceled because no one filed an answer.

Date: October 4, 2017