United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 14-18069-amc
Matthew J Snowden                                                       Chapter 13
Janice L Snowden
       Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Antoinett          Page 1 of 1          Date Rcvd: Oct 02, 2017
                              Form ID: trc             Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 04, 2017.
  NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
13407218         E-mail/Text: ally@ebn.phinsolutions.com Oct 03 2017 02:50:56
                 Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
                                                                                              TOTAL: 1

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 04, 2017                                          Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 2, 2017 at the address(es) listed below:
      JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
       jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
      JON M. ADELSTEIN    on behalf of Joint Debtor Janice L Snowden jadelstein@adelsteinkaliner.com,
       jsbamford@adelsteinkaliner.com
      JON M. ADELSTEIN    on behalf of Debtor Matthew J Snowden jadelstein@adelsteinkaliner.com,
       jsbamford@adelsteinkaliner.com
      JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
      JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION
       SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION bkgroup@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      LAUREN BERSCHLER KARL    on behalf of Creditor    First Tennessee Bank National Association s/m/b
       to First Horizon Home Loan Corporation lkarl@kmllawgroup.com, ddott@kmllawgroup.com
      MICHAEL H. KALINER    on behalf of Joint Debtor Janice L Snowden mhkaliner@gmail.com
      MICHAEL H. KALINER    on behalf of Debtor Matthew J Snowden mhkaliner@gmail.com
      NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
       RA-occbankruptcy6@state.pa.us
      REGINA COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com,
       ksweeney@lavin-law.com
      THOMAS I. PULEO    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR
       THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION tpuleo@kmllawgroup.com,
       bkgroup@kmllawgroup.com
      United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
      WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com, philaecf@gmail.com
                                                                                  TOTAL: 13

**2100 B (12/15)**

# United States Bankruptcy Court

Eastern District of Pennsylvania
Case No. 14-18069-amc
Chapter 13

In re: Debtor(s) (including Name and Address)

Matthew J Snowden
1002 Wyoming Circle
Lincoln University PA 19352

Janice L Snowden
1002 Wyoming Circle
Lincoln University PA 19352

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 10/02/2017.

Name and Address of Alleged Transferor(s):

Claim No. 4: Ally Bank serviced by Ally Servicing LLC, PO Box 130424, Roseville, MN 55113-0004

Name and Address of Transferee:

Portfolio Recovery Associates, LLC
PO Box 41067
Norfolk, VA 23541

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   10/04/17

Tim McGrath
**CLERK OF THE COURT**