United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                Case No. 14-18069-amc
Matthew J Snowden                                                     Chapter 13
Janice L Snowden
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0313-2          User: Stacey          Page 1 of 2          Date Rcvd: Nov 20, 2017
                             Form ID: pdf900        Total Noticed: 8

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Nov 22, 2017.
db/jdb          +Matthew J Snowden,    Janice L Snowden,    1002 Wyoming Circle,
                 Lincoln University, PA 19352-9420
aty             +Adelstein & Kaliner, LLC,    350 S. Main Street,    Suite 105,    Suite 105,
                 Doylestown, PA  18901,   UNITED STATES 18901-4872
cr              +First Tennessee Bank National Association s/m/b to,    c/o Lauren B. Karl, Esquire,
                 9800B McKnight Road,    Suite 230,    Pittsburgh, PA 15237-6022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: bankruptcy@phila.gov Nov 21 2017 01:41:23     City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA  19102-1595
smg              E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 21 2017 01:41:07
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA  17128-0946
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 21 2017 01:41:16     U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: ally@ebn.phinsolutions.com Nov 21 2017 01:40:55     Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 21 2017 02:14:55
                 PRA  Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                        TOTAL: 5

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                                    TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2017

                              Signature:   /s/Joseph Speetjens


---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 20, 2017 at the address(es) listed below:
          JON M. ADELSTEIN   on behalf of Attorney   Adelstein & Kaliner, LLC
          jadelstein@adelsteinkaliner.com,  jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN   on behalf of Joint Debtor Janice L Snowden jadelstein@adelsteinkaliner.com,
          jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN   on behalf of Debtor Matthew J Snowden jadelstein@adelsteinkaliner.com,
          jsbamford@adelsteinkaliner.com
          JONATHAN WILKES CHATHAM   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy7@pa.gov
          JOSHUA ISAAC GOLDMAN   on behalf of Creditor   FIRST TENNESSEE BANK NATIONAL ASSOCIATION
          SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          LAUREN BERSCHLER KARL   on behalf of Creditor   First Tennessee Bank National Association s/m/b
          to First Horizon Home Loan Corporation lkarl@kmllawgroup.com,  ddott@kmllawgroup.com
          MARY F. KENNEDY   on behalf of Creditor   FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR
          THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION mary@javardianlaw.com,
          tami@javardianlaw.com
          MICHAEL H. KALINER   on behalf of Joint Debtor Janice L Snowden mhkaliner@gmail.com
          MICHAEL H. KALINER   on behalf of Debtor Matthew J Snowden mhkaliner@gmail.com
          NICHOLAS J. LAMBERTI   on behalf of Creditor   PA Dept of Revenue RA-occbankruptcy2@state.pa.us,
          RA-occbankruptcy6@state.pa.us
          REGINA  COHEN   on behalf of Creditor   Ally Financial rcohen@lavin-law.com,
          ksweeney@lavin-law.com
          THOMAS I. PULEO   on behalf of Creditor   FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR
          THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com

District/off: 0313-2          User: Stacey              Page 2 of 2              Date Rcvd: Nov 20, 2017
                             Form ID: pdf900           Total Noticed: 8

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com
                                                                              TOTAL: 14

LAW OFFICE OF GREGORY JAVARDIAN, LLC
By Mary F. Kennedy, Esquire
Attorney I.D. # 77149
1310 Industrial Blvd.
1st Floor, Suite 101
Southampton, PA 18966
(215) 942-9690
Attorney for First Tennessee Bank National Association successor through merger with First
Horizon Home Loan Corporation

## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Matthew J. Snowden<br>Janice L. Snowden<br>Debtor(s) | Chapter 13 Proceeding<br><br>14-18069 AMC |

### STIPULATION BY AND BETWEEN MATTHEW J. SNOWDEN AND JANICE L. SNOWDEN AND FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION

WHEREAS, the parties hereto, and their respective counsel, have agreed as to the

disposition of the Motion for Relief from the Automatic Stay filed by Mary F. Kennedy on behalf

of mortgagee, First Tennessee Bank National Association successor through merger with First

Horizon Home Loan Corporation ("Movant").

NOW, THEREFORE, intending to be legally bound, the parties hereto, herewith stipulate

as follows:

1. Movant is a mortgagee and holder of a perfected, secured claim against the Debtor

   pursuant to a Note and Mortgage on Debtor's real estate known as at 1002 Wyoming

   Circle, Lincoln University, PA 19352.

2. Upon approval by the United States Bankruptcy Court of the within Stipulation, Debtor and secured creditor, First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation, agree to the following:

    (a) Debtor(s) acknowledges that the current regular monthly post-petition mortgage payment is $1,314.25 per month. The monthly payment is subject to change in accordance with the terms of the Note and Mortgage.

    (b) Debtor(s) acknowledge that debtor(s) is currently due for the following amounts post-petition:

| | |
|---|---|
| 8/1/2017 Payment | $1,314.25 |
| 9/1/2017 Payment | $1,314.25 |
| 10/1/2017 Payment | $1,314.25 |
| Motion for Relief Attorney Fees & Costs | $1,031.00 |
| TOTAL | $4,973.75 |

    (c) Commencing with the November 1, 2017 payment the Debtor(s) shall resume and shall continue to make all regular monthly post petition mortgage payments when they are due in accordance with said Note and Mortgage.

    (d) Beginning November 1, 2017 and continuing monthly through April 1, 2018, in addition to Debtor(s) regular monthly post petition mortgage payment Debtor(s) shall pay to First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation its successors and/or assigns the sum of $828.96. This payment shall be applied towards the arrears shown in paragraph 2(b) above.

    (e) All payments from Debtor(s) to First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation its

2

successors and/or assigns shall be in the form of certified funds or Trustee checks if conduit payments.

(f) The provisions of the Stipulation do not constitute a waiver by Movant of its right to seek reimbursement of any amounts not included in this Stipulation, including fees and costs, due under the terms of the mortgage and applicable law.

(g) The Debtor(s) shall timely tender all payments and comply with all conditions in accordance with this Stipulation.  If such payments or conditions are not timely made, Movant may provide the Debtor(s) and their counsel with fifteen (15) days written notice of default. If the default is not cured within the fifteen (15) day period, Movant may certify the default to this Court and an Order shall be entered granting First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation its successors and/or assigns relief from the automatic stay without further notice and hearing.

(h) Should First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation its successors and/or assigns be granted relief from the stay after filing a Certification of Default in accordance with paragraph 2(g) above, the parties agree that the said relief order shall include the following language: "bankruptcy Rule 4001(a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non Bankruptcy law."

3

(i)  The parties agree that a facsimile may be submitted to the Court as if it were

an original.

STIPULATED AND AGREED TO BY:

Date: 10/31/17

Michael H. Kaliner, Esquire
Attorney for Debtor, Matthew J. Snowden and Janice L. Snowden

Date: 10/31/2017

Mary F. Kennedy, Esquire
Attorney for First Tennessee Bank National Association successor through merger with First
Horizon Home Loan Corporation

Date: 11-1-17

William C. Miller, Esquire
Trustee    JACK MILLER    No objection

On this 20th day of    November            , 2017, approved by the Court.

United States Bankruptcy Judge
Ashely M. Chan

cc:    Mary F. Kennedy, Esquire
       1310 Industrial Blvd.
       1st Floor, Suite 101
       Southampton, PA 18966

       Michael H. Kaliner, Esquire
       Adelstein & Kaliner, LLC
       350 South Main Street, Suite 105
       Doylestown, PA 18901

       William C. Miller, Esquire
       1234 Market Street
       Suite 1813
       Philadelphia, PA 19107

4