IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:  
Matthew J. Snowden  
Janice L. Snowden  
      Debtor(s)

Chapter 13 Proceeding

14-18069 AMC

## ORDER

AND NOW, this 12th day of June, 2018, upon consideration of First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation's Certification of Default, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 1002 Wyoming Circle, Lincoln University, PA 19352.

Upon the order being granted and entered, First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____  
United States Bankruptcy Judge  
Ashely M. Chan

Interested Parties:

Mary F. Kennedy, Esquire
Attorney for First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation

Michael H. Kaliner, Esquire
Debtors(s) Attorney

William C. Miller, Esquire
Trustee