United States Bankruptcy Court
Eastern District of Pennsylvania

In re:
Matthew J Snowden
Janice L Snowden
    Debtors

Case No. 14-18069-amc
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0313-2     User: Stacey     Page 1 of 2     Date Rcvd: Jun 13, 2018
                       Form ID: pdf900     Total Noticed: 9

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 15, 2018.
db          +Matthew J Snowden,   1002 Wyoming Circle,   Lincoln University, PA 19352-9420
jdb        #+Janice L Snowden,    1002 Wyoming Circle,   Lincoln University, PA 19352-9420
aty         +Adelstein & Kaliner, LLC,   350 S. Main Street,    Suite 105,    Suite 105,
              Doylestown, PA  18901,    UNITED STATES 18901-4872
cr          +First Tennessee Bank National Association s/m/b to,   c/o Lauren B. Karl, Esquire,
              9800B McKnight Road,   Suite 230,   Pittsburgh, PA 15237-6022

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg          E-mail/Text: megan.harper@phila.gov Jun 14 2018 01:46:36      City of Philadelphia,
              City of Philadelphia Law Dept.,   Tax Unit/Bankruptcy Dept,   1515 Arch Street 15th Floor,
              Philadelphia, PA  19102-1595
smg          E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 14 2018 01:46:17
              Pennsylvania Department of Revenue,   Bankruptcy Division,    P.O. Box 280946,
              Harrisburg, PA  17128-0946
smg         +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 14 2018 01:46:28     U.S. Attorney Office,
              c/o Virginia Powel, Esq.,   Room 1250,   615 Chestnut Street,   Philadelphia, PA 19106-4404
cr          +E-mail/Text: ally@ebn.phinsolutions.com Jun 14 2018 01:46:02      Ally Financial,
              P.O. Box 130424,   Roseville, MN 55113-0004
cr          +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 14 2018 01:52:14
              PRA Receivables Management LLC,   POB 41067,   Norfolk, VA 23541-1067
                                                                                                                                          TOTAL: 5

       ***** BYPASSED RECIPIENTS *****
NONE.                                                                                                TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 15, 2018                                            Signature:   /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 13, 2018 at the address(es) listed below:
          JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
           jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Joint Debtor Janice L Snowden jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JON M. ADELSTEIN    on behalf of Debtor Matthew J Snowden jadelstein@adelsteinkaliner.com,
           jsbamford@adelsteinkaliner.com
          JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
          JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION
           SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION bkgroup@kmllawgroup.com,
           bkgroup@kmllawgroup.com
          LAUREN BERSCHLER KARL    on behalf of Creditor    First Tennessee Bank National Association s/m/b
           to First Horizon Home Loan Corporation lkarl@kmllawgroup.com, ddott@kmllawgroup.com
          MARY F. KENNEDY    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR
           THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION mary@javardianlaw.com,
           tami@javardianlaw.com
          MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association s/m/b to
           First Horizon Home Loan Corporation mary@javardianlaw.com, tami@javardianlaw.com
          MICHAEL H. KALINER    on behalf of Joint Debtor Janice L Snowden mhkaliner@gmail.com
          MICHAEL H. KALINER    on behalf of Debtor Matthew J Snowden mhkaliner@gmail.com

```
District/off: 0313-2                  User: Stacey                    Page 2 of 2                   Date Rcvd: Jun 13, 2018
                                      Form ID: pdf900                 Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
          NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
          REGINA   COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com, ksweeney@lavin-law.com
          THOMAS I. PULEO    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
          United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
          WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com
          TOTAL: 15

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:<br>Matthew J. Snowden<br>Janice L. Snowden<br>Debtor(s) | Chapter 13 Proceeding<br><br>14-18069 AMC |

**ORDER**

AND NOW, this 12th day of June, 2018, upon consideration of First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation's Certification of Default, it is hereby ORDERED AND DECREED that the Automatic Stay be modified to permit, First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation and/or its successors and assigns to obtain all Relief available under the Non-Bankruptcy law and its loan documents with regard to the property located at 1002 Wyoming Circle, Lincoln University, PA 19352.

Upon the order being granted and entered, First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation shall have the continuing authority to contact the Debtor(s) directly to determine intent regarding the property and/or to verify vacancy of the home.

It is further ORDERED AND DECREED, that relief granted by this order shall survive the conversion of this bankruptcy case to a case under any other Chapter of the Bankruptcy Code.

It is further ORDERED AND DECREED, that Bankruptcy Rule 4001 (a)(3) is not applicable and Movant is allowed to immediately proceed with foreclosure and all other relief available under the Non-Bankruptcy law.

BY THE COURT:

_____
United States Bankruptcy Judge
Ashely M. Chan

Interested Parties:

Mary F. Kennedy, Esquire
Attorney for First Tennessee Bank National Association successor through merger with First Horizon Home Loan Corporation

Michael H. Kaliner, Esquire
Debtors(s) Attorney

William C. Miller, Esquire
Trustee