UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE:    MATTHEW J. SNOWDEN
JANICE L. SNOWDEN                    :    CHAPTER 13
                                     :
                                     :
          DEBTOR                     :    BKY NO. 14-18069


## CERTIFICATE OF NO RESPONSE

Michael H. Kaliner, Esquire, Attorney for Debtors, hereby certifies that I have received no response to the **DEBTORS' MOTION TO SELL REAL ESTATE AT PRIVATE SALE** within the time limits set forth in the Notice of Motion, Response Deadline and Hearing Date.


BY:    /s/Michael H. Kaliner
       Michael H. Kaliner, Esquire
       **Adelstein & Kaliner, LLC**
       350 S. Main Street Suite 105
       Doylestown, PA 18901
       (215) 230-4250