UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW J. SNOWDEN
JANICE L. SNOWDEN : BKY. NO. 14-18069

DEBTORS : CHAPTER 13

## ORDER

AND NOW THIS 26th day of June, 2018, upon consideration of the Debtors' Motion For Leave to Sell Real Estate at Private Sale it is hereby ORDERED that;

1. The Motion is granted;
2. The Debtors are authorized to sell the property located at 1002 Wyoming Circle, Lincoln University, PA 19390 to Heraclio C. & Esther Herrera for the sum of $299,900.00; and
3. The Debtors are authorized to pay at closing, real estate and transfer taxes, 6% realtor's commission to Berkshire Hathaway Fox & Roach, the mortgages of First Tennessee bank and Green Tree, with the balance payable to the Debtors.

\* The Mortgage lien held by Ditech shall be paid in full at the time of Settlement.

BY THE COURT:

_____
Ashely M. Chan
Bankruptcy Judge