United States Bankruptcy Court
Eastern District of Pennsylvania

```
In re:                                                            Case No. 14-18069-amc
Matthew J Snowden                                                 Chapter 13
Janice L Snowden
        Debtors
```

# CERTIFICATE OF NOTICE

```
District/off: 0313-2         User: Stacey              Page 1 of 2              Date Rcvd: Jun 28, 2018
                             Form ID: pdf900           Total Noticed: 9
```

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jun 30, 2018.
```
db             +Matthew J Snowden,    1002 Wyoming Circle,    Lincoln University, PA 19352-9420
jdb           #+Janice L Snowden,    1002 Wyoming Circle,    Lincoln University, PA 19352-9420
aty            +Adelstein & Kaliner, LLC,    350 S. Main Street,    Suite 105,    Suite 105,
                 Doylestown, PA 18901,    UNITED STATES 18901-4872
cr             +First Tennessee Bank National Association s/m/b to,    c/o Lauren B. Karl, Esquire,
                 9800B McKnight Road,    Suite 230,    Pittsburgh, PA 15237-6022
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg             E-mail/Text: megan.harper@phila.gov Jun 29 2018 02:28:22      City of Philadelphia,
                 City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                 Philadelphia, PA 19102-1595
smg             E-mail/Text: RVSVCBICNOTICE1@state.pa.us Jun 29 2018 02:28:01
                 Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
smg            +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Jun 29 2018 02:28:19      U.S. Attorney Office,
                 c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr             +E-mail/Text: ally@ebn.phinsolutions.com Jun 29 2018 02:27:53      Ally Financial,
                 P.O. Box 130424,    Roseville, MN 55113-0004
cr             +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Jun 29 2018 02:48:27
                 PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
                                                                                             TOTAL: 5

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                        TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 30, 2018                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on June 28, 2018 at the address(es) listed below:
```
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Joint Debtor Janice L Snowden jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Debtor Matthew J Snowden jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION
               SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    First Tennessee Bank National Association s/m/b
               to First Horizon Home Loan Corporation lkarl@kmllawgroup.com, ddott@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR
               THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION mary@javardianlaw.com,
               tami@javardianlaw.com
              MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association s/m/b to
               First Horizon Home Loan Corporation mary@javardianlaw.com, tami@javardianlaw.com
              MICHAEL H. KALINER    on behalf of Joint Debtor Janice L Snowden mhkaliner@gmail.com
              MICHAEL H. KALINER    on behalf of Debtor Matthew J Snowden mhkaliner@gmail.com
```

```
District/off: 0313-2          User: Stacey              Page 2 of 2                   Date Rcvd: Jun 28, 2018
                              Form ID: pdf900           Total Noticed: 9
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
        REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com, ksweeney@lavin-law.com
        THOMAS I. PULEO    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,   philaecf@gmail.com

                                                                                           TOTAL: 15

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE: MATTHEW J. SNOWDEN
JANICE L. SNOWDEN          :     BKY. NO. 14-18069
                           :
DEBTORS                    :     CHAPTER 13

ORDER

AND NOW THIS 26th day of June, 2018, upon consideration of the Debtors' Motion For Leave to Sell Real Estate at Private Sale it is hereby ORDERED that;

1. The Motion is granted;
2. The Debtors are authorized to sell the property located at 1002 Wyoming Circle, Lincoln University, PA 19390 to Heraclio C. & Esther Herrera for the sum of $299,900.00; and
3. The Debtors are authorized to pay at closing, real estate and transfer taxes, 6% realtor's commission to Berkshire Hathaway Fox & Roach, the mortgages of First Tennessee bank and Green Tree, with the balance payable to the Debtors.

*The Mortgage lien held by Ditech shall be paid in full at the time of settlement. MHK

BY THE COURT:

_____
Ashely M. Chan
Bankruptcy Judge