UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW J SNOWDEN (ONLY)    Chapter 13

Debtor    Bankruptcy No. 14-18069-AMC

### Order Dismissing Chapter 13 Case and
### Directing Counsel to File Master Mailing List

AND NOW, this _18th_ day of _September_, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

**ORDERED**, that any wage orders are hereby vacated.

_____
Ashely M Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA 19105

Debtor's Attorney:
MICHAEL H KALINER
ADELSTEIN & KALINER, LLC
350 S MAIN ST, SUITE 105
DOYLESTOWN, PA 18901-

Debtor:
MATTHEW J SNOWDEN
JANICE L SNOWDEN
1002 WYOMING CIRCLE

LINCOLN UNIVERSITY, PA 19352