UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

I IN RE: JANICE SNOWDEN       :
                              :   BKY NO. 14-18069
                              :
        DEBTOR                :   CHAPTER 13

## ORDER CONVERTING CASE TO CHAPTER 7

AND NOW, this 18th day of September, 2018, in consideration of Debtor Janice Snowden's Election to Convert Case to Chapter 7, it is hereby **ORDERED** that the case is hereby converted from a proceeding under Chapter 13 to one under Chapter 7 of the United States Bankruptcy Code as to the Debtor Janice Snowden only.

BY THE COURT:

_____
Ashely M. Chan
Bankruptcy Judge