UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

IN RE:
JANICE SNOWDEN

:    CHAPTER 7

DEBTOR            :    BANKRUPTCY NO. 14-18069

**PRAECIPE TO CHANGE DEBTOR'S ADDRESS**

TO THE CLERK:

Kindly change the Debtor's address to 755 Penn's Grove Road, Lincoln University, PA 19352.

/s/Jon M. Adelstein

Jon M. Adelstein, Esquire
Adelstein & Kaliner, LLC
Penn's Court
350 S. Main Street, Suite 105
Doylestown, PA 18901
(215) 230-4250