## UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF PENNSYLVANIA

IN RE: JANICE SNOWDEN        :    BKY NO. 14-18069

       DEBTOR                :    CHAPTER 7

## STATEMENT PURSUANT TO 11 U.S.C. SECTION 329

       Jon M. Adelstein Esquire, Attorney for Debtor, hereby files this Statement Pursuant to 11 U.S.C. Section 329 and represents as follows: that in addition to the retainer as disclosed in the 2016(b) Disclosure of Compensation, the Debtor has paid the Law Firm of Adelstein & Kaliner, LLC the sum of $1,025.00 for Chapter 7 services, of which $25.00 was the conversion fee.

                                            /s/Jon M. Adelstein
                                            Jon M. Adelstein, Esquire
                                            **ADELSTEIN & KALINER, LLC**
                                            350 S. Main Street Suite 105
                                            Doylestown, PA 18901
                                            (215) 230-4250
                                            Attorney for Debtor