**ADELSTEIN & KALINER, LLC**
Attorneys at Law
PENN'S COURT
350 S. MAIN ST, SUITE 105
DOYLESTOWN, PA 18901
(215) 230.4250
(215) 230.4251 FAX
E MAIL: MHKALINER@GMAIL.COM

September 21, 2018

Frederic J. Baker, Esquire
Assistant U.S. Trustee
833 Chestnut Street, Suite 500
Philadelphia, PA  19107

    Re:  Janice Snowden
        BKY No. 14-18069

Dear Mr. Baker:

    Due to a conflict of interest, I must reject my appointment as Trustee in the above matter.

        Sincerely,

        Michael H. Kaliner, Trustee

Mhk/jb