```
                      United States Bankruptcy Court
                      Eastern District of Pennsylvania
In re:                                                              Case No. 14-18069-amc
Matthew J Snowden                                                   Chapter 13
Janice L Snowden
         Debtors                 CERTIFICATE OF NOTICE
District/off: 0313-2         User: Stacey                 Page 1 of 3                  Date Rcvd: Sep 19, 2018
                             Form ID: pdf900              Total Noticed: 49


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 21, 2018.
db             #+Matthew J Snowden,    1002 Wyoming Circle,    Lincoln University, PA 19352-9420
jdb            #+Janice L Snowden,    1002 Wyoming Circle,    Lincoln University, PA 19352-9420
aty             +Adelstein & Kaliner, LLC,    350 S. Main Street,    Suite 105,    Suite 105,
                  Doylestown, PA 18901,    UNITED STATES 18901-4872
cr              +First Tennessee Bank National Association s/m/b to,     c/o Lauren B. Karl, Esquire,
                  9800B McKnight Road,    Suite 230,    Pittsburgh, PA 15237-6022
13401060        +Barclays Bank Delaware,    P.o. Box 8803,    Wilmington, DE 19899-8803
13401062        +Bill Me Later,    Po Box 2394,    Omaha, NE 68103-2394
13401064        +Chester County Tax Claim Bureau,    313 West Market St; Suite 3602,
                  West Chester, PA 19382-2804
13401066        +Citibank Best Buy,    PO Box 790441,    St Louis, MO 63179-0441
13411298        +Department Stores National Bank/Macy's,     Bankruptcy Processing,    Po Box 8053,
                  Mason, OH 45040-8053
13401070        +Dsnb Macys,    9111 Duke Blvd,    Mason, OH 45040-8999
13401071        +First Tennessee Bank,    Po Box 84,    Memphis, TN 38101-0084
13410404        +First Tennessee Bank National Association,     PO Box 1469,    Knoxville, TN 37901-1469
13401073         INTERNAL REVENUE SERVICE,    Andover, MA 01810-9052
13430036         M&T BANK,   PO BOX 1508,    BUFFALO, NY 14240-1508
13401078        +Orchard Bank,    PO Box80084,    Salinas, CA 93912-0084
13401079         PENNSYLVANIA DEPARTMENT OF REVENUE,    Po Box 281210,    Harrisburg, PA 17128-1210
13401082        +Sears,   Po Box 6282,    Souix Falls, SD 57117-6282
13465226         US Dept of Education,    Claims Filing Unit,    PO Box 8973,    Madison, WI 53708-8973
13401083        +Upland Country Day School,    420 West Street Road,    Kennett Square, PA 19348-1193
13401084        +Us Dept Of Ed/glelsi,    Po Box 7860,    Madison, WI 53707-7860

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: megan.harper@phila.gov Sep 20 2018 02:29:43      City of Philadelphia,
                  City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
                  Philadelphia, PA 19102-1595
smg             +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Sep 20 2018 02:29:28      U.S. Attorney Office,
                  c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
cr              +E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2018 02:28:44      Ally Financial,
                  P.O. Box 130424,    Roseville, MN 55113-0004
cr              +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 02:52:05
                  PRA Receivables Management LLC,    POB 41067,    Norfolk, VA 23541-1067
13407218         E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2018 02:28:44
                  Ally Bank serviced by Ally Servicing LLC,    PO Box 130424,    Roseville, MN 55113-0004
13401059        +E-mail/Text: ally@ebn.phinsolutions.com Sep 20 2018 02:28:44      Ally Financial,
                  200 Renaissance Ctr,    Detroit, MI 48243-1300
13423952         E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Sep 20 2018 02:40:27
                  American InfoSource LP as agent for,    Midland Funding LLC,    PO Box 268941,
                  Oklahoma City, OK 73126-8941
13401063         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2018 02:39:01      Cap One,
                  Po Box 85520,    Richmond, VA 23285
13469156        +E-mail/Text: bncmail@w-legal.com Sep 20 2018 02:29:22      CERASTES, LLC,
                  C O WEINSTEIN AND RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13488210        +E-mail/Text: bncmail@w-legal.com Sep 20 2018 02:29:22      COMENITY CAPITAL BANK/PAYPAL CREDIT,
                  C/O WEINSTEIN & RILEY, P.S.,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
13436988         E-mail/PDF: AIS.cocard.ebn@americaninfosource.com Sep 20 2018 02:39:36
                  Capital One Bank (USA), N.A.,    PO Box 71083,    Charlotte, NC 28272-1083
13401065        +E-mail/Text: bankruptcycollections@citadelbanking.com Sep 20 2018 02:29:55
                  Citadel Federal Cred U,    Po Box 147,    Thorndale, PA 19372-0147
13430051        +E-mail/Text: bankruptcycollections@citadelbanking.com Sep 20 2018 02:29:55
                  Citadel Federal Credit Union,    520 Eagleview Blvd.,    Exton, PA 19341-1119
13401067        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2018 02:28:52      Comenity Bank/amsgnfrn,
                  4590 E Broad St,    Columbus, OH 43213-1301
13401068        +E-mail/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM Sep 20 2018 02:28:52      Comenity Bank/lnbryant,
                  Po Box 182789,    Columbus, OH 43218-2789
13401069        +E-mail/PDF: creditonebknotifications@resurgent.com Sep 20 2018 02:39:10      CreditOne,
                  PO 98873,    Las Vegas, NV 89193-8873
13491397         E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2018 02:28:49      GREEN TREE SERVICING LLC,
                  P.O. BOX 6154,    RAPID CITY SD, 57709-6154,    888-298-7785
13401072        +E-mail/Text: bankruptcy.bnc@ditech.com Sep 20 2018 02:28:49      Green Tree,   PO Box 6172,
                  Rapid City, SD 57709-6172
13401074        +E-mail/Text: BKRMailOPS@weltman.com Sep 20 2018 02:28:51      Jared-galleria Of Jwlr,
                  375 Ghent Rd,    Fairlawn, OH 44333-4601
13401075         E-mail/Text: camanagement@mtb.com Sep 20 2018 02:28:51      M&t Bank,   1 Fountain Pl,
                  Buffalo, NY 14203
13485323         E-mail/Text: bkr@cardworks.com Sep 20 2018 02:28:40      MERRICK BANK,
                  Resurgent Capital Services,    PO Box 10368,    Greenville, SC 29603-0368
13401076        +E-mail/Text: bkr@cardworks.com Sep 20 2018 02:28:40      Merrick Bank,   Pob 9201,
                  Old Bethpage, NY 11804-9001
```

```
District/off: 0313-2            User: Stacey              Page 2 of 3             Date Rcvd: Sep 19, 2018
                                Form ID: pdf900           Total Noticed: 49


Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
13401077       +E-mail/Text: bankruptcydpt@mcmcg.com Sep 20 2018 02:29:15      Midland Funding,
                 8875 Aero Dr Ste 200,    San Diego, CA 92123-2255
13463996        E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 02:39:03
                 Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
13405024        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Sep 20 2018 02:29:09
                 Pennsylvania Department of Revenue,    Bankruptcy Division PO Box 280946,
                 Harrisburg, PA 17128-0946
13401080        E-mail/Text: bankruptcypgl@plaingreenloans.com Sep 20 2018 02:29:54      Plain Green,
                 93 Mack Road Suite,    Box Elder, MT 59521
13401081       +E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Sep 20 2018 02:39:38
                 Portfolio Recovery Ass,    120 Corporate Blvd Ste 1,    Norfolk, VA 23502-4952
13404797        E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2018 02:28:55
                 Quantum3 Group LLC as agent for,    Comenity Bank,    PO Box 788,    Kirkland, WA 98083-0788
13406579        E-mail/Text: bnc-quantum@quantum3group.com Sep 20 2018 02:28:55
                 Quantum3 Group LLC as agent for,    Sterling Jewelers Inc,    PO Box 788,
                 Kirkland, WA 98083-0788
                                                                                              TOTAL: 29

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
smg*            Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
                 Harrisburg, PA 17128-0946
13992636*      ++PORTFOLIO RECOVERY ASSOCIATES LLC,    PO BOX 41067,    NORFOLK VA 23541-1067
               (address filed with court: Portfolio Recovery Associates, LLC,     PO Box 41067,
                 Norfolk, VA 23541)
13401061       ##+BestChoice 123,    Po Box 472,   Talmage, CA 95481-0472
                                                                                   TOTALS: 0, * 2, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices
will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The
debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 21, 2018                                 Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on September 19, 2018 at the address(es) listed below:
              JON M. ADELSTEIN    on behalf of Attorney    Adelstein & Kaliner, LLC
               jadelstein@adelsteinkaliner.com, jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Joint Debtor Janice L Snowden jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JON M. ADELSTEIN    on behalf of Debtor Matthew J Snowden jadelstein@adelsteinkaliner.com,
               jsbamford@adelsteinkaliner.com
              JONATHAN WILKES CHATHAM    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy7@pa.gov
              JOSHUA ISAAC GOLDMAN    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION
               SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION bkgroup@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              LAUREN BERSCHLER KARL    on behalf of Creditor    First Tennessee Bank National Association s/m/b
               to First Horizon Home Loan Corporation lkarl@kmllawgroup.com, ddott@kmllawgroup.com
              MARY F. KENNEDY    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR
               THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION mary@javardianlaw.com,
               tami@javardianlaw.com
```

```
District/off: 0313-2          User: Stacey               Page 3 of 3                  Date Rcvd: Sep 19, 2018
                              Form ID: pdf900            Total Noticed: 49
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)

        MARY F. KENNEDY    on behalf of Creditor    First Tennessee Bank National Association s/m/b to First Horizon Home Loan Corporation mary@javardianlaw.com,  tami@javardianlaw.com
        MICHAEL H. KALINER    on behalf of Joint Debtor Janice L Snowden mhkaliner@gmail.com
        MICHAEL H. KALINER    on behalf of Debtor Matthew J Snowden mhkaliner@gmail.com
        NICHOLAS J. LAMBERTI    on behalf of Creditor    PA Dept of Revenue RA-occbankruptcy2@state.pa.us, RA-occbankruptcy6@state.pa.us
        REGINA  COHEN    on behalf of Creditor    Ally Financial rcohen@lavin-law.com, ksweeney@lavin-law.com
        THOMAS I. PULEO    on behalf of Creditor    FIRST TENNESSEE BANK NATIONAL ASSOCIATION SUCCESSOR THROUGH MERGER WITH FIRST HORIZON HOME LOAN CORPORATION tpuleo@kmllawgroup.com, bkgroup@kmllawgroup.com
        United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
        WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,  philaecf@gmail.com

                                                                                            TOTAL: 15

UNITED STATES BANKRUTPCY COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

MATTHEW J SNOWDEN (ONLY)        Chapter 13

             Debtor              Bankruptcy No. 14-18069-AMC

Order Dismissing Chapter 13 Case and
Directing Counsel to File Master Mailing List

AND NOW, this ___18th___ day of ___September___, 2018, upon consideration of the Motion to Dismiss filed by William C. Miller, standing trustee, this case is dismissed and it is further ORDERED, that counsel for the debtor, shall file a master mailing list with the clerk of the Bankruptcy Court, currently updated (if such has not been previously filed); and it is further

ORDERED, that any wage orders are hereby vacated.

_____
Ashely M Chan
Bankruptcy Judge

William C. Miller, Trustee
P.O. Box 1229
Philadelphia, PA  19105

Debtor's Attorney:
MICHAEL H KALINER
ADELSTEIN & KALINER, LLC
350 S MAIN ST, SUITE 105
DOYLESTOWN, PA 18901-

Debtor:
MATTHEW J SNOWDEN
JANICE L SNOWDEN
1002 WYOMING CIRCLE

LINCOLN UNIVERSITY, PA 19352