Certificate Number: 02921-PAE-DE-032023417

Bankruptcy Case Number: 14-18069



02921-PAE-DE-032023417

# **CERTIFICATE OF DEBTOR EDUCATION**

I CERTIFY that on December 10, 2018, at 10:00 o'clock PM EST, Janice Snowden completed a course on personal financial management given by internet by Credit Counseling Center, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date: December 12, 2018     By:    /s/Joan B Reading

                             Name:  Joan B Reading

                             Title: President